RECOMMENDED FOR FULL-TEXT PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)
File Name: 20a0157p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

GARY B., JESSIE K., CRISTOPHER R., ISAIAS R.,
ESMERALDA V., PAUL M., and JAIME R., minors,
　　　　　　　　　　*Plaintiffs-Appellants*,

　　　*v.*

GRETCHEN WHITMER, et al.,

　　　　　　　　　　*Defendants-Appellees*.

Nos. 18-1855/1871

Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.
No. 2:16-cv-13292—Stephen J. Murphy, III, District Judge.

Decided and Filed:  May 19, 2020

Before:  COLE, Chief Judge;  MOORE, CLAY, GIBBONS, SUTTON, GRIFFIN,
KETHLEDGE, WHITE, STRANCH, DONALD, THAPAR, BUSH, LARSEN,
NALBANDIAN, READLER, and MURPHY, Circuit Judges.

_____

**ORDER**

_____

A member of the en banc court sua sponte requested a poll in this case pursuant to 6 Cir. I.O.P. 35(e).  A majority of the Judges of this Court in regular active service has voted for rehearing en banc of these cases.  Sixth Circuit Rule 35(b) provides that:

> A decision to grant rehearing en banc vacates the previous opinion and judgment of the court, stays the mandate, and restores the case on the docket as a pending appeal.

Accordingly, it is ORDERED, that the previous decision and judgment of this court are vacated, the mandates are stayed, and these cases are restored to the docket as pending appeals.

ENTERED BY ORDER OF THE COURT

_____

Deborah L. Hunt, Clerk